# NO. 26-1442

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

LUCINDA LC, on behalf of herself and all others similarly situated; June Wheatley,

*Plaintiffs-Appellants,*

v.

JAY SOM, in his official capacity as Member of the Virginia Fair Housing Board; KEMPER FUNKHOUSER, in his official capacity as Member of the Virginia Real Estate Board; CAVELLE MOLLINEAUX, in his official capacity as Member of the Virginia Real Estate Board; JEREMY DALPIAZ, in his official capacity as Member of the Virginia Real Estate Board; AEKTA CHAWLA, in her official capacity as Member of the Virginia Real Estate Board; RENE FONSECA, in his official capacity as Member of the Virginia Real Estate Board; PIERI BURTON; in his official capacity as Member of the Virginia Real Estate Board; BERNICE TRAVERS, in her official capacity as Member of the Virginia Real Estate Board; RAJESH PATEL, in his official capacity as Member of the Virginia Real Estate Board; KIT HALE, in his official capacity as Member of the Virginia Real Estate Board; BARRY MOORE, in his official capacity as Member of the Virginia Fair Housing Board; BRIAN REAGAN, in his official capacity as Member of the Virginia Fair Housing Board; MORTON MARKS III, in his official capacity as Member of the Virginia Fair Housing Board; AMANDA BUYALOS, in her official capacity as Member of the Virginia Fair Housing Board; ANGELA WEST, in her official capacity as Member of the Virginia Fair Housing Board; STANLEY REID, in his official capacity as Member of the Virginia Fair Housing Board; SHION FENTY, in her official capacity as Member of the Virginia Fair Housing Board; STUART GILCHRIST, in his official capacity as Member of the Virginia Fair Housing Board; ANGELO PHILLOS, in his official capacity as Member of the Virginia Fair Housing Board; ANIKA COLEMAN, in her official capacity as Executive Director of both the Virginia Fair Housing Board (VFHB) and the Virginia Real Estate Board (VREB); STEVEN RIVERA, in his official capacity as

Member of the Virginia Fair Housing Board; JOHN SCOTT in his official capacity as Member of the Virginia Fair Housing Board; JAY JONES, in his official capacity as Attorney General of Virginia.

*Defendants-Appellees.*

---

On appeal from the United States District Court for the Eastern District of Virginia at Alexandria. Michael S. Nachmanoff, District Judge. (1:26-cv-252-MSN)

---

## APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE OPENING BRIEF

---

Naomi N. King
HAMILTON LINCOLN LAW INSTITUTE
1440 W Taylor St #1487
Chicago, IL 60607
Telephone: (916) 754-7343
Email: naomi.king@hlli.org

Adam E. Schulman
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street NW, Suite 300
Washington, DC 20006
Telephone: (610) 457-0856
Email: adam.schulman@hlli.org

*Attorneys for Plaintiffs-Appellants*

Plaintiffs-Appellants respectfully move this Court for an order extending the time to file Appellants' Opening Brief by **9 days**, such that Appellants' petition would be due on **Friday, June 12, 2026**. Defendants-Appellees do not oppose the requested extension. Defendants-Appellees request an extension of 9 days, such that Appellees' response brief would be due **Wednesday, July 15, 2026**. In support of this motion, Appellants state as follows:

1. This Court set the briefing order on April 24, 2026 establishing that the opening brief would be due on or before June 3, 2026 and the response brief would be due on or before July 6, 2026. (Dkt. 8) This motion requests that the deadline for Appellants' opening brief be extended by 9 days until June 12, 2026 and the Appellees' brief would be extended by 9 days until July 15, 2026.

2. Extraordinary circumstances exist for this short extension of time. This case presents several complex constitutional and justiciability issues, including the Fourth Amendment, Article III standing, and *Younger* abstention. A nine day extension of time is necessary for counsel for Plaintiffs-Appellants to thoroughly analyze the District Court's oral order and prepare our arguments.

3. Extraordinary circumstances also exist because Appellants' counsel has numerous professional commitments preceding the current deadline, including a fairness hearing in *Campbell, et al., v. Sirius XM Radio, Inc.*, No.

1

2:22-cv-02261-CSB-EIL (C.D. Ill.), and forthcoming objection deadlines in *Hasson v. Comcast Cable Communications, LLC,* No. 2:23-cv-05039-JMY (E.D. Pa.) and *In re Mylan, N.V. Securities Litigation,* No. 2:20-cv-00955-NR (W.D. Pa.).

4. Through counsel, Appellees have informed counsel for Appellants that they do not oppose the requested extension and request the same extension.

5. No prior requests for an extension of time to file the brief have been made.

6. Accordingly, Appellants request that the time for Appellants' brief be extended to Friday, June 12, 2026 and Appellees' brief to Wednesday, July 15, 2025.

Dated: April 29, 2026

/s/ Naomi N. King

Naomi N. King
HAMILTON LINCOLN LAW INSTITUTE
1440 W Taylor St #1487
Chicago, IL 60607
naomi.king@hlli.org
(916) 754-7343

Adam E. Schulman
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street NW, Suite 300
Washington, DC 20006
Telephone: (610) 457-0856
Email: adam.schulman@hlli.org

*Attorneys for Plaintiffs-Appellants*

# CERTIFICATE OF COMPLIANCE

I hereby certify that that this document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2). This motion was prepared in 14-point Times New Roman font, and it contains 318 words.

Dated: April 29, 2026

/s/ Naomi N. King
Naomi N. King
HAMILTON LINCOLN LAW INSTITUTE
1440 W Taylor St. #1487
naomi.king@hlli.org
(916) 754-7343

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on April 29, 2026, with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service has been accomplished by the CM/ECF system.

Dated: April 29, 2026

/s/ Naomi N. King
Naomi N. King
HAMILTON LINCOLN LAW INSTITUTE
1440 W. Taylor St. #1487
Chicago, IL 60607
naomi.king@hlli.org
(916) 754-7343